**Electronically Filed**
**Intermediate Court of Appeals**
**29603**
**08-DEC-2010**
**10:35 AM**

NO. 29603

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KENNETH W. MATHISON, Plaintiff-Appellant, v.
STATE OF HAWAIʻI, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CRIMINAL NO. 93-473)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Motion for Reconsideration of Summary Disposition Order Filed Electronically 16 Nov. 2010" by Plaintiff/Petitioner-Appellant Kenneth W. Mathison on December 6, 2010, and the records and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawaiʻi, December 8, 2010.

On the motion:

Kenneth Mathison
Plaintiff/Petitioner-Appellant

Chief Judge

Associate Judge

Associate Judge